UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00386-FL-1

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| FERNAND LEWIS | ) | |

THIS MATTER COMING before the Court on the Defendant's motion to seal the motion for variance, the Court finds that good cause exists to allow the motion, and therefore, the Defendant's motion is ALLOWED.

SO ORDERED.

This _19th_ day of August, 2019.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE