UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00386-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| FERNAND JUAN JOSE LEWIS | : | |

This matter comes now before this court on motion of the United States, by and through the United States Attorney, to order the disposition of a firearm associated with the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and orders the U. S. Customs and Border Protection Agency to dispose of a Glock .40 Caliber handgun bearing serial number RBU693; a Taurus PT111 9mm pistol bearing serial number TKT70507; a Ruger P90 .45 caliber pistol bearing serial number 662-17001; and any and all related ammunition, by destruction, incapacitation, or other means in accordance with its regulations.

This the _22nd_ day of ___January___, 2020.

LOUISE W. FLANAGAN
United States District Judge